# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GARY BAER and | : | |
| JODI BAER, | : | C.A. No. |
| | : | |
| Plaintiffs, | : | TRIAL DEMANDED |
| | : | |
| v. | : | |
| | : | |
| WILLIAM A. WHITE and | : | |
| THE UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendants. | : | |

## COMPLAINT

The Plaintiffs Gary Baer and Jodi Baer (the "Plaintiffs"), by and through their undersigned counsel, hereby complain against William A. White and The United States of America (the "Defendants"), and state:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1346(b)(1).

2.      Plaintiffs have complied with the jurisdictional requirements of 28 U.S.C. § 2675 in that the United States issued a denial of Plaintiffs' claims on May 6, 2005.  **(Denial letters attached hereto as Exhibit "A".)**

3.      Venue is proper in this Court pursuant to 28 U.S.C. § 1402

## PARTIES

4.      Plaintiffs are  residents of the State of Delaware and reside at 9 Bar Drive, Newark, Delaware 19702 and at all times relevant hereto were husband and wife.

5.    Defendant, William A. White is an individual who resides at 3 Ross Road, Dartmouth Woods, Wilmington, Delaware 19810.

6.    The United States of America ("USA") is the proper part defendant on behalf of the United States Postal Service ("USPS").

## BACKGROUND

7.    On February 4, 2003, the Plaintiff, Gary Baer was working on the loading dock at the USPS Quigley Boulevard Branch in the State of Delaware as an employee of Calloway Transportation Company ("Calloway") and a business invitee of the USPS.

8.    At the aforementioned place and date, Defendant, William A. White, an employee of the USPS negligently operated a motor vehicle known as a "mule," proximately causing serious and permanent physical injury to Plaintiff Gary Baer.

## COUNT I

9.    Plaintiffs incorporate herein be reference the allegations contained in paragraphs 1 through 8 of this Complaint as if fully set forth

10.    Defendant White's operation of the motorized vehicle known as a "mule" was negligent in that he:

(a)    Operated that motorized vehicle in a careless and imprudent manner;

(b)    Operated that motorized vehicle without regard to circumstances and hazards that existed on the loading dock at that time;

(c)    Failed to give his full time and attention to the operation of that motorized vehicle;

(d)    Failed to maintain a proper lookout;

2

(e)    Operated such motorized vehicle at too great a speed for the condition and circumstances that existed at that time and place; and

(f)    Was otherwise negligent as the discovery process will reveal.

11.    At the time of this accident, which is the subject of this suit, William A. White was acting as an agent, servant and/or employee of the USPS, rendering the USPS and the United States of America vicariously liable for the acts of William A. White pursuant to the doctrine of respondeat superior and 28 U.S.C. §§ 2674 & 2679.

12.    As a direct and proximate result of the aforementioned negligence of defendant White, Plaintiff Gary Baer has sustained serious and permanent physical injury, pain and suffering and special damages in the form of past and future medical expenses and past and future lost wages.

13.    As a direct and proximate result of the aforementioned negligence of the defendant White, plaintiff Jody Baer has suffered the loss of the care, comfort, society, companionship and consortium of her husband, plaintiff Gary Baer.

## COUNT II

14.    Plaintiffs incorporate herein by reference, as if fully set forth, the allegations contained in paragraphs 1 through 13 of this Complaint.

15.    The injuries and damages suffered by plaintiff Gary Baer were proximately caused by the negligence of the USPS in that it:

(a)    Entrusted the motorized vehicle known as a "mule" to Defendant White when it knew or should have known that Defendant White would not or was not likely to exercise due care in the operation of the "mule;"

3

(b)     Failed to properly and adequately supervise Defendant White in the operation of the "mule;"

(c)     Failed to adequately train Defendant White in the safe operation of the "mule;"

(d)     Failed to provide a safe work environment to Plaintiff Gary Baer; and

(e)     Was otherwise negligent as the discovery process will reveal.

16.     As a direct and proximate result of the aforementioned negligence of Defendant United States Postal Service, Plaintiff Gary Baer has sustained serious and permanent physical injury, pain and suffering and special damages in the form of past and future medical expenses and past and future lost wages.

17.     As a direct and proximate result of the aforementioned negligence of Defendant United States Postal Service, plaintiff Jody Baer has suffered the loss of the care, comfort, society, companionship and consortium of her husband, plaintiff Gary Baer.

**WHEREFORE**, plaintiffs demand judgment in their favor and against defendants, jointly and severally, for general and special damages, interests, the costs of this suit, and any other costs this Honorable Court deems just.

BIFFERATO, GENTILOTTI, BIDEN & BALICK, P.A.


Vincent A. Bifferato, Jr. (Del. ID #2465)
200 Biddle Avenue, Suite 203
Springside Plaza
Newark, DE 19702
Telephone No.: (302) 429-1900
Facsimile No.:  (302) 832-7540
**Attorney for Plaintiff**s

Date:  October 28, 2005