LAW DEPARTMENT
NATIONAL TORT CENTER


**UNITED STATES
POSTAL SERVICE**

RECEIVED

MAY 1 1 2005

BIFFERATO, GENTILOTTI
& BIDEN, P.A.

**CERTIFIED NO: 70042890000293355942**
**RETURN RECEIPT REQUESTED**

May 6, 2005

Vincent Bifferato, Jr., Esq.
Bifferato Gentilotti Biden
200 Biddle Ave, Suite 203
Newark DE 19702

RE:    Claimant: Gary Baer
       USPS File No: NT007180

Dear Mr. Bifferato:

This is in reference to the administrative claim filed on behalf of the above-referenced claimant with the USPS under the provisions of the Federal Tort Claims Act.

Unfortunately, we have been unable to reach a mutually satisfactory resolution of this matter in the administrative claim process. Accordingly, the claim is denied.

In accordance with 28 U.S.C. § 2401(b) and 39 C.F.R. 912.9(a), if dissatisfied with the Postal Service's final denial of an administrative claim, a claimant may file suit in a United States District Court no later than six (6) months after the date the Postal Service *mails* the notice of that final action. Accordingly, any suit filed in regards to this denial must be filed no later than six (6) months from the date of the mailing of this letter, which is the date shown above. Further, note the United States of America is the only proper defendant in a civil action brought pursuant to the Federal Tort Claims Act and such suit may be heard only by a federal district court.

Alternatively, and in accordance with the regulations set out at 39 C.F.R. 912.9(b), prior to the commencement of suit and prior to the expiration of the six (6) month period provided in 28 U.S.C. § 2401(b), a claimant, his duly authorized agent, or legal representative, may file a written request for reconsideration with the postal official who issued the final denial of the claim. Upon the timely filing of a request for reconsideration, the Postal Service shall have six (6) months from the date of filing in which to make a disposition of the claim and the claimant's option under 28 U.S.C. § 2675(a) shall not accrue until six (6) months after the filing of the request for reconsideration.

P.O. BOX 66640
ST. LOUIS, MO 63166-6640
TEL: 314/872-5120
FAX: 314/872-5193

- 2 -

A request for reconsideration of a final denial of a claim shall be deemed to have been filed when received in this office.

Nothing in this letter should be construed to limit or waive any defenses which may be available to the United States should litigation ensue.

Sincerely,

Janice Herod
Paralegal Specialist


cc:    Thomas Roberts, Tort Claims Coordinator
       Case No. 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A

LAW DEPARTMENT
NATIONAL TORT CENTER

 **UNITED STATES**
**POSTAL SERVICE**

MAY 1 1 2005

BIFFERATO, GENTILOTTI
& BIDEN, P.A.

## CERTIFIED NO: 70042890000293355935
## RETURN RECEIPT REQUESTED

May 6, 2005

Vincent Bifferato, Jr., Esq.
Bifferato Gentilotti Biden
200 Biddle Ave, Suite 203
Newark DE 19702


RE:    Claimant: Jodi Baer
       USPS File No: NT007217

Dear Mr. Bifferato.

This is in reference to the administrative claim filed on behalf of the above-
referenced claimant with the USPS under the provisions of the Federal Tort Claims
Act.

Unfortunately, we have been unable to reach a mutually satisfactory resolution of
this matter in the administrative claim process. Accordingly, the claim is denied.

In accordance with 28 U.S.C. § 2401(b) and 39 C.F.R. 912.9(a), if dissatisfied with
the Postal Service's final denial of an administrative claim, a claimant may file suit in
a United States District Court no later than six (6) months after the date the Postal
Service *mails* the notice of that final action. Accordingly, any suit filed in regards to
this denial must be filed no later than six (6) months from the date of the mailing of
this letter, which is the date shown above.  Further, note the United States of
America is the only proper defendant in a civil action brought pursuant to the
Federal Tort Claims Act and such suit may be heard only by a federal district court.

Alternatively, and in accordance with the regulations set out at 39 C.F.R. 912.9(b),
prior to the commencement of suit and prior to the expiration of the six (6) month
period provided in 28 U.S.C. § 2401(b), a claimant, his duly authorized agent, or
legal representative, may file a written request for reconsideration with the postal
official who issued the final denial of the claim. Upon the timely filing of a request for
reconsideration, the Postal Service shall have six (6) months from the date of filing
in which to make a disposition of the claim and the claimant's option under 28
U.S.C. § 2675(a) shall not accrue until six (6) months after the filing of the request
for reconsideration.

P.O. BOX 66840
ST. LOUIS, MO 63166-6640
TEL: 314/872-5120
FAX: 314/872-5193

- 2 -

A request for reconsideration of a final denial of a claim shall be deemed to have been filed when received in this office.

Nothing in this letter should be construed to limit or waive any defenses which may be available to the United States should litigation ensue.

Sincerely,

Janice Herod
Paralegal Specialist

cc:    Thomas Roberts, Tort Claims Coordinator
       Case No. 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B