AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

05- 754

Civil Action No. ____________________

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF 4 COPIES OF AO FORM 85.

10/28/05
(Date forms issued)

Steve Hirschman
(Signature of Party or their Representative)

Steven Hirschman
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action