AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___Delaware___

GARY BAER and
JODI BAER,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05-754

WILLIAM A. WHITE and
THE UNITED STATES OF AMERICA,

TO: (Name and address of Defendant)
United States of America
Colm F. Connolly, Esquire
United States Attorney for the District of Delaware
1007 Orange Street, Suite 700
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Vincent A. Bifferato, Jr., Esquire
Bifferato, Gentilotti, Biden & Balick, P.A.
Springside Plaza
200 Biddle Avenue, Suite 203
Newark, DE 19702
Telephone: (302) 429-1900

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                           10/28/05
CLERK                                      DATE

_Monica Mooley_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | October 28, 2005 at 2:32 p.m. |
| NAME OF SERVER (PRINT) Daniel Newcomb | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 1007 Orange Street, Suite 700, Wilmington, DE 19801. Accepted personally by Sharon Bryan, Business Agent duly authorized to accept service.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 31, 2005
              Date                                    Signature of Server

2000 Pennsylvania Ave. #207, Wilmington, DE 19806
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.