≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

GARY BAER and
JODI BAER,

      V.

WILLIAM A. WHITE and
THE UNITED STATES OF AMERICA,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 754

TO: (Name and address of Defendant)

William A White
3 Ross Road
Dartmouth Woods
Wilmington, DE 19810

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Vincent A. Bifferato, Jr., Esquire
Bifferato, Gentilotti, Biden & Balick, P.A.
Springside Plaza
200 Biddle Avenue, Suite 203
Newark, DE 19702
Telephone: (302) 429-1900

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO        10/28/05

CLERK    *Monica Mosley*

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>October 31, 2005 at 6:11 p.m. |
| NAME OF SERVER (PRINT)<br>Daniel Newcomb | TITLE<br>Process Server |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:   Laura White, Spouse (White, Female, Age 46, 5'6", 130 lbs with brown hair)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 1, 2005
                        Date

*[Signature]*
Signature of Server

2000 Pennsylvania Ave. #207, Wilmington, DE 19806
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure