AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

GARY BAER and
JODI BAER,

**SUMMONS IN A CIVIL CASE**

V.

WILLIAM A. WHITE and
THE UNITED STATES OF AMERICA,

CASE NUMBER:   05 - 754

TO: (Name and address of Defendant)

The Honorable Alberto Gonzales
United States Attorney General
U.S. Department of Justice
Post Office Box 83
Washington, DC 20044

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Vincent A. Bifferato, Jr., Esquire
Bifferato, Gentilotti, Biden & Balick, P.A.
Springside Plaza
200 Biddle Avenue, Suite 203
Newark, DE 19702
Telephone: (302) 429-1900

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          10/28/05
CLERK                    DATE

_Monica Mooley_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11·4·05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Milissa A. Thomas | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): by Certified Mail Return Receipt Requested (see attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11·17·05
                Date

Signature of Server: Milissa A. Thomas, Legal Assistant to Vincent A. Bifferato, Jr., Esq

Address of Server: 200 Biddle Avenue, #203
Newark DE 19702

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7003 0500 0005 5864 7666

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark: BEAR DE NOV 1 2005 USPS - 19701

Sent To: The Honorable Alberto Gonzales
Street, Apt. No.; U.S. Atty General / U.S. Dept of Justice
or PO Box No. P.O. Box 83
City, State, ZIP+4 Washington DC 20044

PS Form 3800, June 2002                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Honorable Alberto Gonzales
United States Atty General
U.S. Dept of Justice
P.O. Box 83
Washington DC 20044

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  NOV 04 2005    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7003 0500 0005 5864 7666

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540