≅AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

GARY BAER and
JODI BAER,

**SUMMONS IN A CIVIL CASE**

V.

WILLIAM A. WHITE and
THE UNITED STATES OF AMERICA,

CASE NUMBER:  05 - 754

TO: (Name and address of Defendant)

Janice Herod, Paralegal Specialist
United States Postal Service
National Tort Center
P.O. Box 66640
St. Louis, MO 63166-6640

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Vincent A. Bifferato, Jr., Esquire
Bifferato, Gentilotti, Biden & Balick, P.A.
Springside Plaza
200 Biddle Avenue, Suite 203
Newark, DE 19702
Telephone: (302) 429-1900

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                   10/28/05
CLERK                                              DATE

_____[signature: Monica Moley]_____
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 11/7/05 |
| NAME OF SERVER (PRINT) Melissa A. Thomas | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by Certified Mail Return Receipt Requested (See Attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11·17·05
           Date

Signature of Server: Melissa A. Thomas, Legal Assistant to Vincent A. Bifferato Jr., Esq.

200 Biddle Ave, #203
Newark DE 19702
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here — BEAR DE, NOV 01 2005, USPS - 19701

Sent To: Janice Herod, Paralegal Specialist
Street, Apt. No.; or PO Box No.: United States Postal Service National Tort Center P.O. Box 66640
City, State, ZIP+4: St. Louis, MO 63166-6640

Article Number: 7003 0500 0005 5864 7673

PS Form 3800, June 2002                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Janice Herod, Paralegal Specialist
   United States Postal Service
   National Tort Center
   P.O. Box 66640
   St. Louis, MO 63166-6640

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] — RECEIVED ☐ Agent ☐ Addressee
B. Received by (Printed Name) / Date of Delivery
   ST. LOUIS LAW OFFICE
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0005 5864 7673

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540