IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GARY BAER and<br>JODI BAER,<br><br>   Plaintiffs,<br><br>v.<br><br>WILLIAM A. WHITE and<br>THE UNITED STATES OF AMERICA,<br><br>   Defendants. | Case Number: 05-754 SLR<br><br>TRIAL DEMANDED |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On May 6, 2005, the United States Postal Service denied Plaintiffs' administrative claims under the provisions of the Federal Tort Claims Act.

2. On June 8, 2005, Plaintiffs mailed a written request for reconsideration of the United States Postal Service's final denial of their administrative claim. That request for reconsideration was received in the United States Postal Service's offices for the purposes of filing on June 13, 2005.

3. On October 28, 2005, Plaintiffs' filed the above styled action in Federal District Court for the District of Delaware.

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree that Plaintiffs filed the above styled action prior to the expiration of the six (6) month period in provided to which the United States Postal Service to dispose of Plaintiff's request for

reconsideration and before the six (6) month period for filing this action began to accrue pursuant to 28 U.S.C. §2675(a).

**WHEREFORE**, Plaintiffs and Defendants hereby stipulate and agree to dismiss the above-captioned matter, without prejudice.

        **BIFFERATO, GENTILOTTI, BIDEN & BALICK, LLC**

        /s/ Vincent A. Bifferato, Jr.
        Vincent A. Bifferato, Jr. (Del. ID #2465)
        200 Biddle Avenue, Suite 203
        Springside Plaza
        Newark, DE 19702
        Telephone No.: (302) 429-1900
        Facsimile No.: (302) 832-7540
        **Attorney for Plaintiffs**

        /s/ Seth M. Beausang
        Seth M. Beausang (Del. ID #4071)
        Assistant United States Attorney
        District of Delaware
        106 Church Street, #204
        Philadelphia, PA 19106

**SO ORDERED** this _____ day of _____, 2006.

        _____
        J.